**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| AML IP, LLC, ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 6:21-cv-00600-ADA |
| v. ) | |
| ) | |
| BED BATH & BEYOND, INC. ) | JURY TRIAL DEMANDED |
|     Defendant. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(i), Plaintiff, AML IP, LLC files this Notice of Voluntary Dismissal to this action for all of Plaintiff's claims. The dismissal of Plaintiff's claims shall be WITHOUT PREJUDICE as to the asserted patent. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: January 30, 2023

    Respectfully submitted,

    */s/ William P. Ramey, III*
    William P. Ramey, III
    Texas Bar No. 24027643
    **Ramey LLP**
    5020 Montrose Blvd., Suite 800
    Houston, Texas 77006
    (713) 426-3923
    wramey@rameyfirm.com

    *Attorneys for AML IP, LLC,*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that January 30, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/William P. Ramey, III
William P. Ramey, III